Date: 07/27/11              **DIVIDENDS REMITTED TO THE COURT**              Page: 1

Case Number 10-13311 - TRAVIS, SHANE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Credit Collections, Inc.**<br>PO BOX 60607<br>Oklahoma City, OK 73146<br>   (4-1) RADIOLOGY ASSOCIATES | 000004 | 83.57 | 3.12 |
| ---------- Remittance Total ---------------- | | 83.57 | 3.12 |

*[signature]*

SUSAN MANCHESTER, Trustee